**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.:      11-cv-3082-WJM

FLORENCE E. MARONEY,

      Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

      Defendant.

---

**ORDER GRANTING STIPULATION FOR THE AWARD OF ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

      This matter before the Court on the parties' Stipulated Fees Under the Equal Access to Justice Act (EAJA) (ECF No. 27).  The Court being fully advised in the premises hereby ORDERS as follows:

      The parties' Stipulation is GRANTED.  Pursuant to the Stipulation, Defendant shall pay a total of $7,300.00 in attorney's fees under the Equal Access to Justice Act (EAJA), payable to Plaintiff.  IT IS FURTHER ORDERED that Plaintiff's Application for Attorney Fees is DENIED as MOOT (ECF No. 26).

Dated this 6th day of May, 2014.

BY THE COURT:

William J. Martínez
United States District Judge